Date: 08/04/11    Page:

# DIVIDENDS REMITTED TO THE COURT.

Check Number 1021 Dated 08/04/11

Case Number 08-33793 - RICKE, LARRY LEE

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **INTERSTATE POWER & LIGHT**<br>300 SHERIDAN AVE<br>CENTERVILLE IA 52544<br>  3003 | 000014 | 558.57 | 3.15 |
| **Capital Recovery II**<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131<br>  1406 | 000018 | 790.87 | 4.46 |
| **Napa**<br>1710 East Main Street<br>Albert Lea, MN 56007<br>  1716 | 000021 | 90.24 | 0.51 |
| **Napa**<br>108 2nd Avenue SW<br>Austin, MN 55912<br>  1700 | 000022 | 81.29 | 0.46 |
| **Roundup Funding, LLC**<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221<br>  1841 | 000025 | 525.39 | 2.96 |
|  ---------- Remittance Total ---------------- | | 2,046.36 | 11.54 |

CHARLES W. RIES, Trustee

RECEIVED 11 AUG -5 PM 12:17 U.S. BANKRUPTCY COURT ST. PAUL, MN